Darnell **STANLEY**, Plaintiff–Appellant,

v.

**UNITED STATES** of America; Anthony Williams, Mayor for the District of Columbia, being sued in his individual capacity; Odie Washington, Director for the District of Columbia Department of Corrections, being sued in his individual capacity; Kathy

Patterson, Chairman of the District of Columbia Committee Department of Corrections, being sued in her individual capacity; Elwood York, Director of External Confinement, being sued in his individual capacity; Eleza Taylor, Director of Health Services for the District of Columbia Department of Corrections, being sued in her individual capacity; Alberto Gonzalez, United States Attorney General, being sued in his individual capacity; Hulon L. Willis, Contract Monitor for the District of Columbia Department of Corrections, being sued in his individual capacity; James S. Gilmore, III, Governor of Virginia, being sued in his individual capacity; Ronald Angelone, Director of the Department of Corrections, being sued in his individual capacity; Eddie Lee Pearson, Warden, being sued in his individual capacity; Jamila F. Burney, Assistant Warden, being sued in her individual capacity; Wanda Rollins, Operations Officer, being sued in her individual capacity; R. White, Treatment Specialist, being sued in his/her individual capacity; Gene M. Johnson, Deputy Director of Operations, being sued in his individual capacity; K. Turner, Lieutenant, being sued in his/her individual capacity; D. Kriigel, Treatment Specialist (TPS), being sued in his/her individual capacity; E.T. Turner, Unit Manager, being sued in his/her individual capacity; C. Mathews, Rehabilitation Counselor, being sued in his/her individual capacity; Buford T. Yates, Director of General Accounting, being sued in his individual capacity; Janice Turner, Institutional Ombudsman, being sued in her individual capacity; Virginia Bullock, Sergeant, being sued in her individual capacity; Sergeant Gillian, Being sued in his/her individual capacity; Captain Jenkins, Being sued in his/her individual capacity; Sergeant Brown, Being sued in his/her individual capacity; Sergeant Thomas, Being sued in his/her individual capacity; Sergeant Harrell, Being sued in his/her individual capacity; L. Ellis, Medical Assistant, being sued in his/her individual capacity; Corporal Houston, being sued in his/her individual capacity; Corporal Hews, Being sued in his/her individual capacity; Corporal Carlton, Being sued in his/her individual capacity; Sergeant Liptrot, Being sued in his/her individual capacity; Sergeant Harris, Being sued in his/her individual capacity; James T. Appel, Medical Assistant, being sued in his individual capacity; Ben Samoria, Medical Assistant, being sued in his individual capacity; Corporal Daily, a/k/a Mrs. Muhammad, Being sued in her individual capacity; Corporal Williams, Being sued in his/her individual capacity; Paul Hill, Assistant Director for Food Service, being sued in his individual capacity; Corporal Coakley, Being sued in his/her individual capacity; Rufus Flemming, Eastern District Director, being sued in his individual capacity; Langford, Assistant Director for Food Service, being sued in his/her individual capacity; Benjamin J. Ulep, Director of Health Services, being sued in his individual capacity; Corporal Clark, Being sued in his/her individual capacity; Corporal Cuccio, Being sued in his/her individual capacity; James Holmes, Director for Food Service, being sued in his individual capacity; D. Everett, Warden of Operations, being sued in his/her individual capacity; Edward Morris, Deputy Director, being sued in his individual capacity; Sergeant Ritter, Being sued in his/her

individual capacity; MCI Worldcom, Incorporated, Being sued in its individual capacity; Bernard J. Ebbers, Chief Executive, being sued in his individual capacity; Scott D. Sullivan, Former Chief Financial Officer, being sued in his individual capacity; David F. Myers, Former Controller, being sued in his individual capacity, Defendants–Appellees.

No. 07–7502.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2008.

Decided: May 7, 2008.

Darnell Stanley, Appellant Pro Se.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Stanley appeals the district court's order denying relief on his motion for relief pursuant to Fed.R.Civ.P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stanley v. United States,* No. 1:06–cv–00216–JCC (E.D.Va. Sept. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*